Exhibit F



# Red Hat Store

  CART

# Invoice

| | Red Hat, Inc. | Payment mailing address: | Contacts for billing questions |
|---|---|---|---|
| | 1801 Varsity Drive | Red Hat, Inc. | Email: customerservice@redhat.com |
| | Raleigh, NC 27606 | PO Box 951701 | Phone: 1-888-REDHAT-1 |
| | USA | Dallas, TX 75395-1701 | |

## Order W2523590

### placed on Apr. 13, 2003

**Bill to:**  Sanjay Kumar
One CA Plaza
Islandia, NY 11749
US
Phone: 6313426000

**Payment:**  Credit Card
AM xxxx-xxxx-xxx3-173

| New contract | | | | |
|---|---|---|---|---|
| Red Hat Network Update Service, Annual | $60.00 | $60.00 | 1 | $60.00 |
| Subtotal: charge on Apr. 13, 2003 | | | | $60.00 |
| **Order Total** | | | | **$60.00** |

Thank you! Please print this invoice as confirmation of your order.

To download your software, visit

https://rhn.redhat.com/network/software/index.pxt

You will need your Red Hat login and password.

To learn how to receive software updates via Red Hat Network on an ongoing basis, visit

http://www.redhat.com/connect

You will soon receive an email confirming your order.

If you have any questions about your account please contact a Red Hat Customer Service Representative by email at customerservice@redhat.com or by phone at 1-888-REDHAT-1 (1-888-733-4281). From outside the United States, find local Red Hat Customer Service Resources at

http://www.redhat.com/about/contact/directory.html#custservice

Help us help you! Red Hat continuously strives to meet evolving customer needs. If you are interested in helping us serve you better, please take a moment to complete this short web survey.

http://www.keysurvey.com/survey/78174/b8db/

Thank you for choosing Red Hat.

Order History | Order Methods | About Security | Shipping Info | Return Policy | Tax Info | European Store

Copyright © 2006 Red Hat, Inc. All rights reserved.
**Privacy Policy** : Terms of Use : Patent promise : Company : Contact
Log in to Your Account