

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York  11201*

April 16, 2006

**By ECF and Hand Delivery**

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Sanjay Kumar and Stephen Richards
          Criminal Docket No. 04-846 (S-2) (ILG)

Dear Judge Glasser:

      As noted in the government's reply brief concerning the computer data-deletion issue, David Burg, the government's expert witness, is now performing additional testing in response to the defendants' forensic experts' claims.  The government expects to receive a report summarizing Mr. Burg's additional conclusions in the early part of this week and to forward these conclusions, together with a statement of their relevance to the instant motion, to the Court and defense counsel by Friday, April 21.

      Respectfully submitted,

      ROSLYNN R. MAUSKOPF
      United States Attorney

    By:   /s/ Eric Komitee
          Amy Walsh
          Eric Komitee
          Assistant U.S. Attorneys
          (718) 254-6240

cc:  Defense Counsel
    (via ECF)