**CRIMINAL CAUSE FOR PLEADING (S-2)**

**BEFORE JUDGE: I. LEO GLASSER**     **DATE:**   4/24/06        **TIME:**   2:00pm

**CR-**   04 cr 846

**DEFT. NAME:**   Sanjay Kumar                            **DFT. #:**   1
     X   PRESENT, _____ NOT PRESENT, _____ IN CUSTODY,  x  ON BAIL

   ATTY FOR DEFT.:  John P. Cooney  &  Robert Fiske           ___CJA  x  RET ___PDA
     X   PRESENT, _____ NOT PRESENT


**DEFT. NAME:**        Stephen Richards                   **DFT. #:**   2
     x   PRESENT, _____ NOT PRESENT, _____ IN CUSTODY,  x  ON BAIL

   ATTY FOR DEFT.:   David Zornow  &  Christopher Gunther       ___CJA  x  RET ___PDA
     X   PRESENT, _____ NOT PRESENT

**A.U.S.A.:**  Amy Walsh & Eric Komitee             **DEPUTY CLERK:** T. JOHNSON

**COURT REPORTER:** Allan Sherman

**INTERPRETER(S):**        N/A                **OTHER:**      N/A

 X   CASE CALLED.           _____ DEFTS FIRST APPEARANCE.
    DEFT:    X    SWORN  _____   ARRAIGNED    X   INFORMED OF RIGHTS
     _____ WAIVES TRIAL BEFORE DISTRICT COURT

_____ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
_____ SUPERSEDING INDICTMENT / INFORMATION FILED.
_____ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.

 X   DEFT KUMAR WITHDRAWS A PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY
    TO CTS.  1, 2, 3-5, 6 ,7 ,9  OF THE SUPERSEDING INDICTMENT.

 X   DEFT RICHARDS WITHDRAWS A PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY
    TO CTS.  1, 2 ,3-5, 6, 7, 8   OF THE SUPERSEDING INDICTMENT.

 X   COURT FINDS FACTUAL BASIS FOR THE PLEA.
 X   SENTENCING IS SET FOR  September 12, 2006 @ 10:30am.

 X   BAIL CONT'D FOR BOTH DEFTS.

**OTHER:**